# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

HAROLD DEMETRIS WAYNE					PLAINTIFF

v.					No. 4:17-cv-735-DPM

SOCIAL SECURITY ADMINISTRATION,
Commissioner					DEFENDANT

## ORDER

Unopposed recommendation, № 11, adopted. FED. R. CIV. P. 72(b) (1983 addition to the advisory committee notes). The Court affirms the Commissioner's decision.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

7 August 2018