IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

HAROLD DEMETRIS WAYNE                                PLAINTIFF

v.                          No. 4:17-cv-735-DPM

SOCIAL SECURITY ADMINISTRATION,
Commissioner                                         DEFENDANT

JUDGMENT

The complaint is dismissed with prejudice.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

7 August 2018